# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN DOMINGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>        Respondent. | CASE NO. 5:16-CV-00816-JVS (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, and this action dismissed with prejudice.

DATED: January 31, 2017

                                          HON. JAMES V. SELNA
                                          U.S. DISTRICT JUDGE